to the questions raised upon the application of the State for permission to take proceedings for the confiscation of the alleged illegal oil. *Messrs. William McCraw, William C. Davis, W. J. Holt,* and *C. M. Kennedy* for petitioners. *Mr. W. B. Harrell* for respondent.

No. 853. WHITE *v.* ARONSON, TRUSTEE. May 3, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Samuel Gottlieb* for respondent.

No. 878. PENNSYLVANIA EX REL. SULLIVAN *v.* ASHE, WARDEN. May 17, 1937. Petition for writ of certiorari to the Supreme Court of Pennsylvania granted. *Messrs. Wm. J. Hughes, Jr.,* and *Wm. E. Leahy* for petitioner. *Messrs. Charles J. Margiotti* and *Adrian Bonnelly* for respondent.

No. 886. BERMAN *v.* UNITED STATES. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Samuel H. Kaufman, Emil Weitzner,* and *Isadore Polier* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. Wm. W. Barron* and *W. Marvin Smith* for the United States.

No. 842. PUERTO RICO *v.* SHELL COMPANY ET AL. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. William Cattron Rigby* and *Nathan R. Margold*